**Dorsey Lopez STEPHENSON, Plaintiff–Appellant,**

v.

**A. PARHAM, Major/Director of Treatment; D. Maskelony, Captain/Director of Security; A. Miller, Classification, Defendants–Appellees.**

No. 12–7274.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 26, 2012.

Dorsey Lopez Stephenson, Appellant Pro Se. Samuel Lawrence Dumville, Norris & St. Clair, P.C., Virginia Beach, Virginia, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorsey Lopez Stephenson appeals the district court's order granting Defendants' motion for summary judgment and dismissing his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stephenson v. Parham*, No. 1:11–cv–

00775–LO–JFA (E.D.Va. June 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*